IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RASUL MUHAMMAD, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) No. 20-cv-80 ) |
| ROGERS ENTERPRISES, INC., | ) Judge Jorge Alonso ) Magistrate Judge Maria Valdez ) |
|     Defendant. | ) ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rasul Muhammad and Defendant ROGERS ENTERPRISES, INC., by and through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of the instant action, without costs and attorney's fees except as more fully set forth in their Settlement Agreement and Release.

STIPULATED AND AGREED:

| | |
|---|---|
| s/ *R. Joseph Kramer* | s/ *Martin Carroll* |
| R. Joseph Kramer | Martin Carroll |
| KRAMER INJURY LAW LLC | FOX SWIBEL LEVIN & CAROLL LLP |
| 225 W. Washington Street, Ste. 2200 | 200 W. Madison Street, Suite 3000 |
| Chicago, IL 60606 | Chicago, IL 60606 |
| Phone: (312) 775-1012 | Phone: (312) 224-1200 |
| joe@rjklawyer.com | MCarroll@foxswibel.com |
| *Attorney for Plaintiff Muhammad* | *Attorney for ROGERS ENTERPRISES, INC.* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record entitled to service via the Court's CM/ECF Filing System on March 30, 2020.

/s/ R. Joseph Kramer
R. Joseph Kramer